UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAQUES OMAR FEARENCE,

        Plaintiff,

  v.

CDCR, et al.,

        Defendants.

No. 2:24-cv-3567-WBS-CKD P

ORDER

      Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On August 19, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

      Accordingly, IT IS HEREBY ORDERED that:

      1. The findings and recommendations (ECF No. 10) are adopted in full.

      2. Plaintiff's first amended complaint (ECF No. 9) is found to state a Fourteenth Amendment equal protection claim against defendant Alvarez, a First Amendment retaliation claim against defendant Norman, a First Amendment retaliation claim against defendant Crosby, and claims under the Bane Act against these defendants.

      3. All other claims are dismissed without further leave to amend for failure to state a claim.

      4. Defendants CDCR, Vang, Thurmon, and Sands are dismissed from this case.

      5. This case is referred back to the assigned magistrate judge for further pretrial proceedings.

Dated:  September 15, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

fear3567.805