UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUES OMAR FEARENCE, | 2:24-cv-3567-WBS-CKD P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| CDCR, et al., | |
| Defendants. | |

Plaintiff Jaques Fearence, a state prisoner, proceeds without counsel. Plaintiff filed this civil rights action in the Solano County Superior Court and defendants removed it to this court. On September 16, 2025, the court completed the screening required by 28 U.S.C. § 1915A(a) and ordered that plaintiff's first amended complaint (ECF No. 9) states a Fourteenth Amendment equal protection claim against defendant Alvarez, a First Amendment retaliation claim against defendant Norman, a First Amendment retaliation claim against defendant Crosby, and claims under the Bane Act against these defendants (ECF No. 14).

Accordingly, IT IS ORDERED that defendants shall file their response to the first amended complaint within 14 days of the date of this order.

Dated:  September 17, 2025

_[signature: Carolyn K. Delaney]_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.fear3567.answ

1