IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAQUES O. FEARENCE,** | Case No. 2:24-CV-03567-WBS-CKD |
| Plaintiff, | ~~**[PROPOSED]**~~ **ORDER** |
| **v.** | |
| **CDCR, S. NORMAN, M. ALVAREZ, et al.,** | |
| Defendants. | |

Defendant has moved for an order modifying the Court's scheduling order, ECF No. 17, stating that the parties jointly agreed to modification after plaintiff appeared for his deposition, but stated that he had not received any notice, and was not prepared to proceed with the deposition. Good cause appearing, the request is granted.

In accordance with the above, IT IS ORDERED as follows:

1. Defendant's motion to modify the scheduling order (ECF No. 20) is GRANTED.

2 The scheduling order, ECF No. 17, is modified only to the extent that the parties may

/////

/////

/////

conduct discovery until April 7, 2026, and all pretrial motions, except motions to compel discovery, shall be filed on or before June 30, 2026.

Dated:  January 30, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 fear3567.sched.mod